IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

EDWARD ALLAN WATTS PLAINTIFF

V. CASE NO. 2:26-CV-2069

DEPARTMENT OF JUSTICE
OFFICE OF THE INSPECTOR GENERAL DEFENDANT

# ORDER

Now before the Court is the Report and Recommendation ("R&R") (Doc. 15) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Plaintiff Edward Allan Watts filed Objections to the R&R (Doc. 16), which triggered the Court's *de novo* review of the record.

Having completed its review, the Court **OVERRULES** all objections and endorses the R&R's reasoning. The federal criminal case pending against Mr. Watts*, United States v. Watts*, Case No. 2:26-cr-20013, charges him with one count of Interstate Communication of a Threat pursuant to 18 U.S.C. § 875(c). On October 23, 2026, Mr. Watts was found to be incompetent to stand trial and/or assist in his defense and was committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4241(d)(1). The Order in the criminal case indicated that Mr. Watts would be hospitalized for treatment not to exceed four months to determine if he attains the capacity to permit his criminal case to proceed. The Court agrees with the Magistrate Judge that it is appropriate to stay this civil case until the competency proceedings are resolved in in the criminal case.

**IT IS THEREFORE ORDERED** that the R&R (Doc. 15) is **ADOPTED IN ITS ENTIRETY**. Plaintiff's Motion to Proceed in forma pauperis (Doc. 2) and Motion for Service (Doc. 8) are **DENIED**.

**IT IS FURTHER ORDERED** that this case is **STAYED AND ADMINISTRATIVELY TERMINATED** pending further action concerning Plaintiff's mental capacity in *United States v. Watts*, Case No. 2:26-cr-20013.

**IT IS SO ORDERED** on this 19th day of November, 2026.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE